IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAROD ALLEN POE., #254283, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-1017-WHA ) |
| MARY COOK, et al., | ) ) |
| Defendants. | ) |

**OPINION AND ORDER**

This case is currently before the court on the Recommendation of the Magistrate Judge entered on December 14, 2020 that this case be transferred to the United States District Court for the Southern District of Alabama. Doc. #3. There are no timely objections to the Recommendation.

Upon consideration of the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This case is transferred to the United States District Court for the Southern District of Alabama for review and disposition in accordance with the provisions of 28 U.S.C. § 1404(a).

The Clerk is DIRECTED to take the appropriate steps to effectuate the transfer of this case.

This case is closed in this court.

DONE this 6th day of January, 2021.

s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE